ACCEPTED
05-15-01512-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 9:54:19 AM
LISA MATZ
CLERK

Case Number 05-15-01512-CV

IN THE FIFTH DISTRICT COURT OF APPEALS
at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/14/2015 9:54:19 AM
LISA MATZ
Clerk

JUSTINE INGELS
Appellant,

v.

DIANE R. EARNEST
Appellee.

From Cause No. CC-13-05584 in the County Court at Law No. 1
Of Dallas County

**NOTICE OF APPEARANCE AND DESIGNATION OF
LEAD COUNSEL**

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
Greg.ave@wbclawfirm.com

ATTORNEY FOR APPELLEE
DIANE R. EARNEST

**December 14, 2015**

TO THE HONORABLE DALLAS COURT OF APPEALS:

COMES NOW, Gregory R. Ave, a partner in the law firm of Walters, Balido & Crain, L.L.P., pursuant to Texas Rules of Appellate Procedure 6.1(c), and files this Notice of Appearance and Designation of Lead Counsel for Appellee Diane R. Earnest ("Appellee"). Accordingly, counsel for Appellee requests the Court take notice and that all correspondence, notices, briefs, pleadings, motions, orders, opinions, judgments, and other communications be directed to the undersigned. Pursuant to Texas Rule of Appellate Procedure 6.1(c), the following information is being provided regarding lead counsel:

Gregory R. Ave
Texas State Bar No. 01448900
Walters, Balido & Crain, L.L.P.
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone Number: (214) 347-8310
Facsimile Number: (214) 347-8311
greg.ave@wbclawfirm.com.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By: _/s/ Gregory R. Ave_
    Gregory R. Ave
    Texas State Bar No. 01448900
    greg.ave@wbclawfirm.com
    10440 North Central Expressway
    Meadow Park Tower, Suite 1500
    Dallas, Texas 75231
    (2l4) 347-8310
    (2l4) 347-8311 (facsimile)

ATTORNEY FOR APPELLEE

**CERTIFICATE OF SERVICE**

On December 14, 2015, a true and correct copy of the foregoing was sent to all opposing counsel of record as follows:

Ted B. Lyon, Esquire                    **Via E-serve**
Richard Mann, Esquire
Ted B. Lyon & Associates, P.C.
Town East Tower, Suite 525
18601 LBJ Freeway
Mesquite, Texas 75150

ATTORNEY FOR APPELLANT
JUSTINE INGELS

                 _/s/ Gregory R. Ave_
                 Gregory R. Ave